CONNELL FOLEY LLP
888 Seventh Avenue
New York, New York 10106
(212) 262-2390
Stephen V. Falanga (SF6414)
Matthew S. Schultz (MS1518)

And

MOORE & JACKSON, LLC
305 Washington Avenue
Suite 401
Towson, Maryland 21204
Margaret Fonshell Ward (MW4558)
Attorneys for Plaintiff,
Mabey Bridge & Shore, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MABEY BRIDGE & SHORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SITT ASSET MANAGEMENT, LLC; EDDIE SITT; RALPH SITT; and 431 AVE P. LLC, <br><br> Defendants. | Civil Action No. CV-06-1195 (ARR)(SMG) <br><br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), it is hereby stipulated and agreed by and between counsel for plaintiff, MABEY BRIDGE & SHORE, INC., and defendants, SITT ASSET MANAGEMENT, LLC; EDDIE SITT; RALPH SITT; and 431 AVE P. LLC, that all claims and counterclaims that were asserted or could have been asserted in this matter be and hereby are dismissed without prejudice and without costs to any party.

MOORE & JACKSON, LLC
Attorneys for Plaintiff
MABEY BRIDGE & SHORE, INC.

By: */s/Margaret Fonshell Ward*

Margaret Fonshell Ward, Esq.

Dated: June 7, 2006

MISHAAN DAYON & LIEBLICH
Attorneys for Defendants,
SITT ASSET MANAGEMENT, LLC; EDDIE SITT; RALPH SITT; and 431 AVE P. LLC

By: */s/Saul S. Mishaan*

Saul A. Mishaan, Esq. (SM2357)

Dated: June 7, 2006

CONNELL FOLEY, LLP
Attorneys for Plaintiff
MABEY BRIDGE & SHORE, INC.

By: [signature]
Matthew S. Schultz, Esq.

Dated: June 7, 2006

So ordered.

ADJ

8/23/06